**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kelsey Lanza, Adam Gartland, and Gerardo Lanza Martinez, Defendants,

Of whom Kelsey Lanza is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000209

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-290
Submitted July 26, 2024 – Filed July 29, 2024

———————

**AFFIRMED**

———————

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for Appellant.

Michael Stephen Gambrell, of Michael S. Gambrell, LLC, as Guardian ad Litem for Appellant.

Richard Whitney Allen, of South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem for the minor children.

—————

**PER CURIAM:** Kelsey Lanza appeals the family court's removal order finding she physically neglected her minor children and granting custody to the children's fathers. *See* S.C. Code Ann. § 63-7-1660(E) (2010) (setting forth findings a family court must make when removing a child from the custody of a parent). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lanza's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.